**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

William D. Currie, Appellant.

Appellate Case No. 2015-000160

_____

Appeal From Aiken County
Doyet A. Early, III, Circuit Court Judge

_____

Unpublished Opinion No. 2016-UP-024
Submitted December 1, 2015 – Filed January 20, 2016

_____

**APPEAL DISMISSED**

_____

Appellate Defender Robert M. Pachak, of Columbia, for
Appellant.

Matthew C. Buchanan, of the South Carolina Department
of Probation, Parole & Pardon Services, of Columbia, for
Respondent.

_____

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386
U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**SHORT, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.